# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-2656

_____

| | | |
|---|---|---|
| Shirley Forney | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| Joseph W. Forney; Leland G. Forney; | * | District Court for the |
| Marilyn K. Lucas; Frank Burch; Connie | * | Eastern District of Missouri. |
| Burch; Ronald L. Lehenbauer; Michelle | * | |
| L. Lehenbauer; State of Missouri; | * | [UNPUBLISHED] |
| Calvin Eugene Forney, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: November 25, 1998
Filed: December 2, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Shirley Forney appeals the district court's[1] dismissal of her 42 U.S.C. § 1983 action alleging violations of her constitutional rights in connection with state probate proceedings, and seeking to overturn state court rulings. Having carefully reviewed the

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

record and the parties' briefs, we affirm for the reasons stated by the district court.  <u>See</u>
8th Cir. R. 47B.  Appellees' motion on appeal is denied.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.